# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  APPOINTMENT TO THE | : No. 713 |
| | : |
| COMMITTEE ON RULES OF EVIDENCE | : SUPREME COURT RULES |
| | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of November, 2016, Stanley J. Parker, Esquire, Allegheny County, is hereby appointed as a member of the Committee on Rules of Evidence for a term of three years.